AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Fausto Hernandez<br><br>*Defendant(s)* | )<br>)  Case No. 5:19-MJ-60<br>)<br>)<br>) |

*FILED WILKES BARRE AUG 07 2019 MS DEPUTY CLERK*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 6, 2019__ in the county of __Monroe__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 841(b)(1)(C) | Possession with Intent to Distribute Cocaine; |
| 21 U.S.C. 843(b) | Criminal Use of a Communication Facility. |

This criminal complaint is based on these facts:
Please see affidavit of probable cause

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Sciarillo, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 6, 2019

*Judge's signature*

City and state: __WILKES-BARRE, PA__

MAGISTRATE JUDGE JOSEPH F. SAPORITO, JR.
*Printed name and title*